# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-3049 PA (Ex) | Date | February 17, 2011 |
|---|---|---|---|
| Title | In the Matter of a Complaint of Ivan Altamirano | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Paul Songco | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     IN CHAMBERS - COURT ORDER

The Court has been informed that the Los Angeles Superior Court action <u>Rachel Pacheco v. Ivan Altamirano, et al.</u>, Case No. NC053641, has been dismissed. Accordingly, Plaintiff-in-Limitation Ivan Altamirano is hereby ordered to show cause in writing, no later than February 24, 2011, why this case should not be dismissed as well. Failure to respond by that date may result in the dismissal of this action without prejudice and without further warning from the Court.

IT IS SO ORDERED.